**Order entered March 29, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00846-CV**

**ROBERT MCCORMICK, Appellant**

**V.**

**EGAN NELSON, LLP, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04179**

**ORDER**

Appellant's brief was originally due on December 28, 2020. On December 15, 2020, we granted appellant's first extension motion extending the time to file a brief to January 25th. We granted appellant's second extension motion on January 20th extending the time to February 24th and cautioning him that further extension requests would be disfavored. Appellant filed a third extension motion on February 22nd asserting that the parties had reached a tentative settlement agreement, advising that the parties were in the process of finalizing the settlement

and anticipating performance to occur no later than March 11, 2021. We granted the motion and ordered appellant to file his brief, a motion to dismiss, or a status report by March 26th.

Before the Court is the parties' March 25, 2021 joint motion to abate the appeal for 120 days to allow them to satisfy the conditions of the settlement agreement. Once the conditions are satisfied, they assert they will file motions to dismiss the appeal and cross-appeal. We **GRANT** the motion **to the extent** that appellant shall file his brief on the merits or both parties shall file their respective motions to dismiss the appeal on or before July 23, 2021. We caution appellant that a further extension motion will not be granted and failure to comply will result in dismissal of the appeal.

/s/ BONNIE LEE GOLDSTEIN
   JUSTICE